NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**LOKEN-FLACK, LLC, A COLORADO LIMITED LIABILITY COMPANY, LYNN LOKEN,**
*Plaintiffs-Appellants*

**v.**

**NOVOZYMES BIOAG, INC., A DELAWARE CORPORATION,**
*Defendant-Appellee*

———————————

2015-1026

———————————

Appeal from the United States District Court for the District of Colorado in No. 1:13-cv-01617-MSK-BNB, Judge Marcia S. Krieger.

———————————

## JUDGMENT

———————————

ALAN BLAKLEY, Blakley Justice LLC, Longmont, CO, for plaintiffs-appellants.

JOHN J. COTTER, K&L Gates LLP, Boston, MA, argued for defendant-appellee. Also represented by ANDREA B. REED.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, PLAGER, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| June 5, 2015 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |